**Delonte E. TAYLOR, Plaintiff–Appellant,**

v.

**The State of MARYLAND; Stuart O. Simms, Esquire, Secretary, Department of Public Safety and Correctional Services of the State of Maryland; William Sondervan, Commissioner of Corrections, State of Maryland; Ronald Hutchinson, Warden, Maryland House of Corrections, Jessup, Defendants–Appellees,**

**and**

**John Doe, I, Correctional Officer, Maryland House of Corrections, Jessup; John Doe, II, Correctional Officer, Maryland House of Corrections, Jessup; John Doe, III, Correctional Officer, Maryland House of Corrections, Jessup, Defendants.**

**No. 03–6675.**

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 11, 2003.

Decided Sept. 17, 2003.

Delonte E. Taylor, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Stephanie Judith Lane–Weber, Assistant Attorney General, Sharon Stanley Street, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Delonte E. Taylor appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Taylor v. Maryland,* No. CA–02–4039–JFM (D.Md. Mar. 25, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in

the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*